# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CASE NO. 24-cr-115 (TJK) |
| : | |
| v. : | |
| : | |
| PHILIP ANDERSON : | |
| : | |
| Defendant. : | |

## CONSENT MOTION TO CONTINUE STATUS AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully files this motion to adjourn the status conference currently set for Tuesday, July 30, 2024, in the above-captioned matter for approximately 30 days, until Monday, September 2, 2024, or a date convenient to the Court. The government has recently passed a new plea offer, and, thus, the parties are seeking additional time to engage in plea negotiations.

The government conferenced this motion with counsel of record for the defendant, and counsel concurs with this motion.

The parties additionally request that the Court exclude the time until the status conference on September 2, 2024, pursuant to 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice by taking such actions outweighs the best interests of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

//

//

1

For the reasons set forth above, the United States requests that this motion be allowed and the attached proposed Order entered.

                Respectfully submitted,

                MATTHEW M. GRAVES
                United States Attorney
                D.C. Bar No. 481052

By:    */s/ Julie Bessler*

                JULIE BESSLER
                Assistant United States Attorney
                United States Attorney's Office
                for the District of Columbia
                Pennsylvania Bar No. 328887
                Julie.bessler@usdoj.gov

## Certificate of Service

I certify that a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

By:    */s/ Julie Bessler*
        JULIE BESSLER
        Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 24-cr-115 (TJK) |
| v. | : | |
| PHILIP ANDERSON | : | |
| Defendant. | : | |

### ORDER

Based upon the representation in the Consent Motion to Continue the Status and to Exclude Time under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

ORDERED that the Motion is GRANTED; it is further ORDERED that the currently scheduled status on July 30, 2024, be continued for good cause until September 2, 2024; and it is further

ORDERED that the time between July 30, 2024, and September 2, 2024, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. §§ 3161(b), 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution.

Date: _____

JUDGE TIMOTHY J. KELLY
UNITED STATES DISTRICT JUDGE

1