IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:24-cr-00115 |
| ) | |
| ) | |
| PHILLIP ANDERSON, ) | |
| ) | |
| ) | |
| Defendant, ) | |

_____

**NOTICE PURSUANT TO FEDERAL
RULE OF CRIMINAL PROCEDURE 12.3**

The Defendant, **PHILLIP ANDERSON**, through undersigned counsel and pursuant to Rule 12.3, Federal Rules of Criminal Procedure, hereby gives notice to the government of his intention to assert a defense of actual or believed exercise of public authority and in further compliance of the aforementioned Rule states as follows:

(2)  Contents of Notice

   (A) Office of the President

   (B) Donald J. Trump

   (C) January 6, 2021

Respectfully submitted this 18th day of November, 2024.

Respectfully submitted,

GEORGE T. PALLAS, P.A
Counsel for Phillip Anderson.
Bar No: FL0108
2420 SW 22nd Street
Miami, FL 33145
305-856-8580
305-860-4828 FAX
pallas@pallaslaw.com.

By:/s/ *George T. Pallas*
     GEORGE T. PALLAS, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF system which will send notification of such filing.

By:/s/ *George T. Pallas*
GEORGE T. PALLAS, Esq.