IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 24-cr-115 (TJK) |
| : | |
| PHILIP ANDERSON, : | |
| : | |
| Defendant. : | |

## MOTION TO DISMISS COUNT ONE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion to dismiss Count One of the Indictment, charging Obstruction of an Official Proceeding in violation of 18 U.S.C. § 1512(c)(2). In support of this motion, the government states the following:

The Supreme Court held in *Fischer v. United States*, 144 S. Ct. 2176 (2024), that § 1512(c) does not cover "all means of obstructing, influencing, or impeding any official proceeding." *Id.* at 2185. The Court held that, to prove a violation of § 1512(c)(2), the government must establish that the defendant impaired the availability or integrity for use in an official proceeding of records, documents, objects, or other things used in the proceeding—such as witness testimony or intangible information—or attempted to do so. *Id.* at 2186, 2190. The Supreme Court remanded the case to the D.C. Circuit for further proceedings and to assess the sufficiency of the indictment on that count. *Id.* at 2190.

Given the length of time this case has been pending, the specific facts of this case, the other relevant charges, the current trial date, and the need to promote judicial economy and efficiency, the United States requests that Count One be dismissed without prejudice in the interests of justice and that trial proceed on the remaining counts on February 10, 2024.

                    Respectfully submitted,

                    MATTHEW M. GRAVES
                    United States Attorney
                    D.C. Bar No. 481052

By:   */s/ Nathaniel K. Whitesel*
                    NATHANIEL K. WHITESEL
                    Assistant United States Attorney
                    DC Bar No. 1601102
                    601 D Street NW
                    Washington, DC 20530
                    (202) 252-7759
                    nathaniel.whitesel@usdoj.gov